UNITED STATES of America,
Appellee,

v.

Juan PARRA, Appellant.

No. 03–1423.

United States Court of Appeals,
Eighth Circuit.

Submitted Aug. 26, 2003.

Decided Sept. 5, 2003.

Matthew Wood Fleming, David R. Ferguson, U.S. Attorney's Office, Fort Smith, AR, Plaintiff–Appellee.

Juan Parra, Yazoo City, MS, for Defendant–Appellant.

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

Juan Parra pleaded guilty to aiding and abetting methamphetamine distribution. Parra's November 2000 sentence included a fine of $5,000, due in full immediately but

---

payable during and after incarceration. Two years later, Parra moved to stay execution of the fine. The district court* denied the motion, and Parra appeals.

We conclude Parra cannot now directly challenge the imposition of the fine, because he had only 10 days from the entry of the judgment to appeal it. *See* Fed. R.Crim.P. 4(b)(1)(A). Even if we construe Parra's motion to stay as a 28 U.S.C. § 2241 attack on the collection of the fine, the motion is meritless because the Federal Bureau of Prisons has discretion to make prisoners pay on an installment basis fines due in full immediately. *See Matheny v. Morrison*, 307 F.3d 709, 712 (8th Cir.2002).

Accordingly, we affirm.

---

* The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas.